# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT RICHARD FRESCAS, | ) | No. ED CV 11-1601-SJO (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| K. ALLISON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 2/27/2013

*S. James Otero*
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE